IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEFFERY HARLAN HILL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 108-024 |
| | ) | |
| HILTON HALL, Warden, and | ) | |
| THURBERT E. BAKER, Attorney | ) | |
| General for the State of Georgia, | ) | |
| | ) | |
| Respondents. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss the 28 U.S.C. § 2254 petition for lack of exhaustion and the motion to dismiss Attorney General Baker are **GRANTED**, Attorney General Baker is **DISMISSED** as an improper Respondent, this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 6th day of November, 2008, in Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE